RECEIVED
2025 JUN -9 AM 8:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: CLERK OF THE COURT

The United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor, Wilmington, Delaware 19801

Honorable Craig T. Goldblatt

Re:  Chapter 11 Case No. 24-11836 (CTG)
     In re AIO US, INC., et al.,

Subject: CREDITOR'S OBJECTION TO "DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY CLAIMS AND (II) OVERSTATED CLAIMS"
Docket 1095, 05/27/25; Schedule 2

DEBTOR: Avon Products Inc.

DATE: 2 June 2025


CLAIMANT: Ronald C. Wolfe
          Claim Number 10045
          Proof of Claim Filed 12/12/2024

CONTACT: Ronald C. Wolfe, Claimant
         107 Primrose, PO Box 1985, Avon CO 81620
         970 376-6945 cell (preferred);
         970 845- 7425 land-line
         r.c.wolfe@comcast.net

OBJECTION:
The Debtors' Proposed Reduced Claim Amount is without any substantiation and clearly incorrect and inadequately low.

1

(1) Debtor has arbitrarily and without any demonstrated basis reduced the Claimant's Asserted Claim Amount from $1,162,838.40 to $718,628.00 (38.2% reduction) based on the unsubstantiated Gund assertion that "Debtors' books and records," show" the reduced amount is owed. This claim is made without any definition and quantification of what information and data these "books and records" contain and how this alleged information is relevant to the Debtors' Proposed Claim Reduction and how they show that the Claimant is owed only the proposed reduced amount.

(2) No explanation has been provided to the Claimant as to how this alleged information has been obtained, verified and used to calculate the proposed reduced Claim.

RELIEF REQUESTED: Debtors' proposed Claim Reduction being unjustified and unsubstantiated the "DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) NO LIABILITY CLAIMS AND (II) OVERSTATED CLAIM" should be disallowed and the original submitted claim amount allowed.

COPY VIA EMAIL TO:
(a) Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Malcom M. Bates
(email: Malcolm.M.Bates@usdoj.gov)

(b) counsel to the Debtors,
(i) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Michael J. Merchant, Zachary I. Shapiro, David T. Queroli, and Alexander R. Steiger (emails: collins@rlf.com, merchant@rlf.com, shapiro@rlf.com, queroli@rlf.com, and steiger@rlf.com); and
(ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn:

Ronit J. Berkovich, Matthew P. Goren, and Alejandro Bascoy (emails: ronit.berkovich@weil.com, matthew.goren@weil.com, and alejandro.bascoy@weil.com); and

(c) <u>counsel to the Creditors'</u> Committee,
 (i) Cooley LLP, 55 Hudson Yards, New York, New York 10001, Attn: Cullen Speckhart, Michael Klein, and Paul Springer (emails: cspeckhart@cooley.com, mklein@cooley.com, and pspringer@cooley.com)
(ii) Caplin & Drysdale, 1200 New Hampshire Avenue NW, 8th Floor, Washington, DC 20036, Attn: Kevin Maclay and Todd E. Phillips (emails: kmaclay@capdale.com and tphillips@capdale.com); and
(iii) A.M. Saccullo Legal, LLC, 27 Crimson King Drive, Bear, Delaware 19701, Attn: Anthony M. Saccullo and Mark T. Hurford (emails: ams@saccullolegal.com and mark@saccullolegal.com).